THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Charlie
 Anderson, Jr., Appellant.
 
 
 

Appeal From Spartanburg County
 Gordon G. Cooper, Circuit Court Judge
Unpublished Opinion No.  2009-UP-607
Submitted December 1, 2009  Filed
 December 22, 2009
AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 John Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Charlie
 Anderson, Jr. was serving a probationary sentence for armed robbery.  While on
 probation, Anderson tested positive for drugs, failed to notify his probation
 agent of subsequent arrests, and failed to pay fees.  The trial court revoked
 his probation in full.  Anderson appeals the revocation of his probation,
 arguing the trial court erred by not making any evidentiary findings to support
 its decision.  We affirm[1] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities:  State
 v. Shumate, 276 S.C. 46, 47, 275
 S.E.2d 288, 288 (1981) ("A defendant's
 failure to timely object to or seek modification of his sentence in the trial
 court precludes him from presenting his objection for the first time on appeal."); State v. Hamilton, 333 S.C. 642, 647, 511 S.E.2d 94, 96 (Ct. App. 1999)
 (holding the trial court has discretion to revoke probation, and the appellate
 court can only review for errors of the law "unless the lack of legal or
 evidentiary basis indicates the circuit judge's decision was arbitrary and
 capricious"). 
AFFIRMED.
Williams, pieper, and 
lockemy, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.